IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Jay Henry and | : | Bankruptcy No. 21-70432-JAD |
| Rosa Henry, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Jay Henry and | : | |
| Rosa Henry, | : | |
| Movants | : | |
| | : | |

v.

No Respondent,
Respondents

### SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
### FINAL CONFIRMATION OF THE CHAPTER 13 PLAN DATED NOVEMBER 18, 2021

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Chapter 13 Plan filed on November 18, 2021.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

>An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

X     No other order has been filed pertaining to the subject matter of this agreement.

>The attached document does not require a proposed order.

Dated: November 21, 2022        By: /s/Joseph E. Fieschko, Jr.
                                Joseph E. Fieschko, Jr.
                                Fieschko & Associate, Inc.
                                Suite 2230, 436 7th Avenue
                                Pittsburgh, PA  15219
                                412-281-2204
                                PA I.D.#:28797

**PAWB Local Form 26 (06/17)**