# United States Bankruptcy Court
### Western District of Pennsylvania

In re **Jay W Henry / Rosa L Henry**, Debtor(s)

Case No. **21-70432**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-8213**

Joint Debtor's Social Security Number: **xxx-xx-9662**

**My Former Mailing Address and Telephone Number was:**

Name: **Joseph E. Fieschko, Jr., Esquire**

Street: **Suite 2230, 436 7th Avenue**

City, State and Zip: **Pittsburgh, PA 15219**

Telephone #: 412-281-2204

**Please be advised that effective April 1, 2024,
my (our) new mailing address and telephone number is:**

Name: **Joseph E. Fieschko, Jr., Esquire**

Street: **300 Cedar Blvd, Suite 202**

City, State and Zip: **Pittsburgh, PA 15228**

Telephone #: 412-281-2204

/s/: **Joseph E. Fieschko, Jr., Esquire**
**Joseph E. Fieschko, Jr., Esquire**

Attorney for the Debtors