IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 21-70432 |
| JAY HENRY and ROSA TUISSE-HENRY, | CHAPTER 7 |
| Debtors | |

### DEBTOR'S AFFIDAVIT

I, Jay Henry, do hereby swear and affirm under the penalty of perjury that I recently submitted a lump sum payment to Trustee Ronda Winnecour in the amount of $6,000.00 as an enhanced payment under my Chapter 13 plan. In order to make this payment I made a withdrawal from my 401k Plan with my employer.

Respectfully submitted,

/s/ Jay Henry
Jay Henry, Debtor