IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 21-70432-JAD |
| JAY W. HENRY and | |
| and ROSA L. HENRY, | CHAPTER 13 |
| | Related Doc No.: 53 |
| Debtors | |

JAY W. HENRY and
RHONDA J. WINNECOUR, Trustee,
    Movant

   v.

A. LIBERONI & COMPANY,
    Respondent

**CERTIFICATE OF SERVICE OF NOTICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>November 21, 2024</u>

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First Class Mail and Electronic Notification.</u>

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Service by Electronic Notification
Ronda J. Winnecour, Chapter 13 Trustee
Office of the US Attorney

Service by First Class Mail:
A. Liberoni & Company
459 Davidson Road
Plum, PA  15239

                                                             By:<u>/s/Joseph E. Fieschko, Jr.</u>
                                                             Joseph E. Fieschko, Jr., Esquire
                                                             Fieschko and Associates, Inc.
                                                             300 Cedar Blvd, Suite 202
                                                             Pittsburgh, PA  15228
                                                             412-281-2204