**United States Bankruptcy Court**

Western District of Pennsylvania (Johnstown)

IN RE:    JAY W HENRY                     CASE NO.:  21-70432
          ROSA L TUISE-HENRY              CHAPTER:  13


          Debtors

**<u>Change of address – Payment  for Creditor</u>**

As to Claim 2-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice
that its address for payment  has changed.

Old Notifications address                     New Notifications address



Old payment address                           New payment address
Wells Fargo Auto                              Wells Fargo Auto

PO Box 17900                                  PO Box 51963

Denver CO 80217-0900                          Los Angeles CA 90051-6263


Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  bkchapter13@wellsfargo.com


09/26/2025                          /s/Lisa Johnson_____
                                    Account Resolution Associate Manager
                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

**Certificate of Service**

Western District of Pennsylvania (Johnstown)

IN RE:   JAY W HENRY                          CASE NO:   21-70432
         ROSA L TUISE-HENRY                   CHAPTER:   13


         Debtors


In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/26/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
   Lisa Johnson
   Account Resolution Associate Manager

☐ By mail:
   [Name]
   [Address]

☐ By [Method of delivery]:
   [Name]
   [Address]


09/26/2025                          /s/Lisa Johnson
                                    Account Resolution Associate Manager
                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto