**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Rosa L. Henry a/k/a Rosa Tuise-Henry a/k/a Rosa Tuisehenry<br>Jay W. Henry<br>     **Debtors**<br><br>**Nationstar Mortgage LLC** as servicing agent for Ameriserv Financial Inc.<br>     **Movant**<br>  vs.<br><br>Rosa L. Henry a/k/a Rosa Tuise-Henry a/k/a Rosa Tuisehenry<br>Jay W. Henry<br>     **Debtors**<br><br>**Ronda J. Winnecour**,<br>     **Trustee** | **BK NO. 21-70432 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10** |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>February 03, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Rosa L. Henry a/k/a Rosa Tuise-Henry a/k/a Rosa Tuisehenry
1520 William Penn Avenue
Johnstown, PA 15906

Jay W. Henry
1520 William Penn Avenue
Johnstown, PA 15906

Attorney for Debtors
Joseph E. Fieschko, Jr., Esq.
436 7th Avenue
Suite 2230 (VIA ECF)
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street (VIA ECF)
Pittsburgh, PA 15219

Method of Service: Electronic means or first-class mail.

Dated: <u>February 03, 2023</u>

              **/s/Brian C. Nicholas, Esquire**
              Brian C. Nicholas, Esquire
              Attorney I.D. 317240
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              201-549-5366
              bnicholas@kmllawgroup.com